Case 1:15-cv-03114-FVS   Document 26   Filed 01/03/17

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Premo Trudeau

*Plaintiff*

v.

Carolyn W. Colvin, Commissioner of Social Security Administration

*Defendant*

Civil Action No.   1:15-CV-03114-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Report and Recommendation is ADOPTED in its entirety.  Plaintiff's Motion for Summary Judgment is DENIED.  Defendant's Motion for Summary Judgment is GRANTED.  Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Van Sickle   on Motions for Summary Judgment.


Date:   January 3, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy